# United States Court of Appeals for the Fifth Circuit

No. 22-11115

Myra Brown; Alexander Taylor,

*Plaintiffs—Appellees,*

versus

United States Department of Education; Miguel Cardona, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education,*

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-908

_____

United States Court of Appeals
Fifth Circuit
**FILED**
August 15, 2023
Lyle W. Cayce
Clerk

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Higginbotham, Duncan, and Engelhardt, *Circuit Judges.*

Per Curiam:

  The case is DISMISSED in light of the Supreme Court's decision in *Department of Education v. Brown*, 143 S. Ct. 2343 (2023).